**Opinion issued August 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00607-CV

———————————

## IN RE KRISTINA CASTILLO, Relator

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

### MEMORANDUM OPINION

Relator Kristina Castillo seeks mandamus relief from the June 17, 2025 order denying her motion to dismiss. The order was signed by an associate judge.[1]

Because we have no jurisdiction to issue a writ of mandamus against this associate judge, and relator has not demonstrated any threat to our jurisdiction, we

---

[1] The underlying case is *Kristina Castillo v. Comcast Corporation*, cause number 25-CCV-076958, pending in the County Court at Law No. 3 of Fort Bend County, Texas, the Honorable Juli A. Mathew presiding, with Associate Judge Lewis M. White.

dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See* TEX.

GOV'T CODE § 22.221(a), (b), (c)(2); *see also In re Montiel*, No. 01-23-00893-CV,

2023 WL 8720907, at *1 (Tex. App.—Houston [1st Dist.] Dec. 19, 2023, orig.

proceeding).  Any remaining motions are likewise dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.